UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBOY BANCORPORATION, a New Jersey Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JENKENS & GILCHRIST a Professional Corporation; and THE BANK ADVISORY GROUP, INC., a Texas Corporation,<br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION No. 02-5410 (DMC)<br><br>Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>NOTICE OF MOTION FOR AN ORDER IN LIMINE TO EXCLUDE TESTIMONY BY PLAINTIFF'S EXPERT STEVE THEL CONCERNING ALLEGED DAMAGES AND FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAMAGES<br><br><u>ORAL ARGUMENT REQUESTED</u><br>RETURN DATE: MAY 5, 2008 |

TO:　　DENNIS T. KEARNEY, ESQUIRE
　　　　DAY PITNEY, LLP
　　　　200 Campus Drive
　　　　Florham Park, New Jersey 07932
　　　　*Attorneys for Plaintiff*

　　　　MITCHELL B. SEIDMAN, ESQUIRE
　　　　Seidman & Associates, L.L.C.
　　　　777 Terrace Avenue, Fifth Floor
　　　　Hasbrouck Heights, NJ  07604
　　　　*Attorneys for Defendant*
　　　　*The Bank Advisory Group*

　　　　PLEASE TAKE NOTICE that McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for defendant, Jenkens & Gilchrist, P.C. ("Jenkens & Gilchrist"), shall move before the Honorable Dennis M. Cavanaugh, on May 5, 2008 beginning at 9:00 a.m. at the U.S. Post Office & Courthouse Building, Newark, New Jersey for an order:

　　　　(1)　　*in limine* to exclude testimony by plaintiff's expert Steve Thel that in his opinion under New Jersey law Amboy's squeezed-out shareholders (other than the one who

qualified as a statutory dissenter under N.J.S.A. 14A:11-1 et seq) would not have had a right to receive fair value for their shares in the absence of a misleading proxy statement

(2) granting partial summary judgment dismissing Amboy's damage claim seeking recovery of the additional amount of $41 per share that it was required to pay its former shareholders.

In support of this motion, Jenkens & Gilchrist shall rely on the arguments contained in its brief in support of this motion, its statement of material facts as to which no genuine issue exists pursuant to L. Civ. R. 56.1, and the Declaration of James G. Gardner, Esq. submitted herewith.

Oral argument is hereby requested.

Respectfully submitted,

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant,
Jenkens & Gilchrist, P.C.

By: *Edward B. Deutsch*
Edward B. Deutsch, Esq.

DATED: April 11, 2008

OF COUNSEL:

George C. Jones, Esq.
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991

1072206_1.DOC