# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBOY BANCORPORATION, a New Jersey Corporation, | Civil Action No. 02-5410 (DMC) (MF) |
| Plaintiff, | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| v. | |
| JENKENS & GILCHRIST, a Professional Corporation; and THE BANK ADVISORY GROUP, INC., a Texas Corporation, | **ORDER FOR JUDGMENT DISMISSING ALL CLAIMS AGAINST DEFENDANT JENKENS & GILCHRIST** |
| Defendants. | |

THIS MATTER having been opened by the Court *sua sponte* by way of a status conference conducted in open court on February 9, 2009, to discuss whether any viable claims remain in this case against defendant Jenkens & Gilchrist, A Professional Corporation ("J&G"), in the aftermath of the Court's Order of August 13, 2008, granting J&G's motions for partial summary judgment; and the Court having considered the letter briefs and oral argument of counsel for plaintiff and counsel for J&G on this issue, and having conducted a follow-up conference on August 5, 2009; and it appearing to the Court that its Order and Opinion of August 13, 2008, granting J&G's motions for partial summary judgment have disposed of all claims raised by plaintiff against J&G, and that plaintiff has no viable claim remaining against J&G; and for the reasons articulated by the Court on the record during the conferences of February 9, 2009 and August 5, 2009, and good cause appearing,

1313014

IT IS on this 13 day of August, 2009

ORDERED that judgment is hereby entered in favor of J&G and against plaintiff dismissing all claims asserted herein by plaintiff against J&G, with prejudice.

*[signature]*
HONORABLE DENNIS M. CAVANAUGH
United States District Judge

1313014_1.DOC