UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 9, 2014

## LETTER ORDER

Re:   **Amboy Bancorporation v. Jenkens & Gilchrist, et al.**
      **Civil Action No. 02-5410 (CCC)**

Dear Counsel:

As the parties are aware, this matter was sent to mediation on June 23, 2014 in an effort to get this matter to settle. The Court is in receipt of the parties' letter dated September 24, 2014, advising the Court that the mediation has been unsuccessful. Therefore, to prepare this matter for trial and also in a last-ditch effort towards settlement, the Court shall hold a Final Pretrial/Settlement Conference on **December 15, 2014 at 2:00 P.M.** All counsel and clients with full settlement authority shall be present, in-person, at the conference. The parties' final pretrial order shall be submitted to the Court no later than **December 5, 2014**.

**IT IS SO ORDERED.**

                                                        s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**