UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBOY BANCORPORATION,<br><br>                    *Plaintiff,*<br><br>     v.<br><br>BANK ADVISORY GROUP, INC. and<br>JENKINS & GILCHRIST,<br><br>                    *Defendants.* | Civil Action No. 02-5410<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Bank Advisory Group, Inc.'s ("BAG") Motion to Vacate Order [Dkt. No. 236];

and the Court having entered an Order to Show Cause regarding why BAG's counterclaim should not be dismissed [Dkt. No. 240];

and BAG having subsequently withdrawn its Motion to Vacate Order at or shortly before the hearing held on this motion on October 19, 2015;

**IT IS** on this 5th day of November, 2015,

**ORDERED** that the Motion to Vacate Order is administratively terminated.

>     /s/ *Madeline Cox Arleo*
>     **Hon. Madeline Cox Arleo**
>     UNITED STATES DISTRICT JUDGE